FILED
CLERK, U.S. DISTRICT COURT
OCT 2 3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ELOHIM EPF USA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERMEDIA CO., LTD., a corporation organized under the laws of the Republic of Korea; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00349-SVW (KESx)<br><br>[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION |

# ORDER

In accordance with the stipulation by and between plaintiff ELOHIM EPF USA, INC. and defendant ENTERMEDIA CO., LTD., this action is dismissed with prejudice, and each party shall bear its own costs and attorneys' fees.

Dated: 10/23/19

By: _____
Honorable Stephen V. Wilson
United States District Judge